1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:02-MJ-00315-DAD |
|---|---|---|
| 12 | Plaintiff, | **[PROPOSED] ORDER DISMISSING COMPLAINT** |
| 13 | v. | |
| 14 | CRISTOBAL ARTEGA MADRIGAL, et al., | |
| 15 | Defendants. | |

16

17   For the reasons set forth in the motion to dismiss filed by the United States, the charges against

18  defendant Cristobal Artega Madrigal in the pending Complaint, are hereby DISMISSED and any

19  outstanding arrest warrant be recalled.

20  Dated: June 12, 2017.

21  HON. EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28